UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-634 (SHS) |
| -v- | : | ORDER |
| EMMANUEL BARIENTOS, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The initial pretrial conference having been held today via videoconference, with defendant and counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. The last day for the defendant to file motions is February 5, 2021;

2. The government shall respond to any defense motions by February 12, 2021;

3. The next pretrial conference will be held on February 22, 2021, at 11:00 a.m.;

4. The time is excluded from calculation under the Speedy Trial Act from today until February 22, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       January 6, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.