UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr. 634 (SHS) |
| -v- | : | CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE |
| EMMANUEL BARRIENTOS, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Defendant _Emmanuel Barrientos_ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

\_\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_\_ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_\_ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

\_\_\_\_ Misdemeanor Plea/Trial/Sentence

_[signature]_                                         _[signature]_
Defendant's Signature (Judge may obtain              Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant

Emmanuel Barrientos                                  Jon M. Silver
Print Defendant's Name                               Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

_[signature: Sidney H. Stein]_

February 22, 2021
Date                                                 Sidney H. Stein, U.S.D.J.