UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-634 (SHS) |
| -v- | : | <u>ORDER</u> |
| EMMANUEL BARRIENTOS, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The proceeding scheduled in this matter for March 25, 2021, at 11:00 a.m. will take place as a teleconference.

      All participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another. Finally, all of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

      Counsel should adhere to the following rules and guidelines during the teleconference:

      Each party should designate a single lawyer to speak on its behalf (including when noting the appearances of other counsel on the telephone).

      Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

      To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak. Counsel should spell any proper names for the court reporter. Counsel should also take special care not to interrupt or speak over one another.

      If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

If possible, defense counsel shall discuss the attached Consent to Proceed by Videoconference with the defendant prior to the proceeding. If the defendant consents and is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel shall file the executed form **at least 24 hours prior to the proceeding**. In the event the defendant consents, but counsel is unable to obtain or affix the defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the defendant's signature to the form.

To the extent that there are any documents relevant to the proceeding (e.g., proposed orders or documents regarding restitution, forfeiture, or removal), counsel should submit them to the Court (by email or on ECF, as appropriate) at least **at least 24 hours prior to the proceeding**. To the extent any documents require the defendant's signature, defense counsel should endeavor to get them signed in advance of the proceeding as set forth above; if defense counsel is unable to do so, the Court will conduct an inquiry during the proceeding to determine whether it is appropriate for the Court to add the defendant's signature.

The parties shall call 888-273-3658 and use access code 7004275 to join the teleconference.

Dated: New York, New York
       March 22, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | \_\_-Cr.\_\_\_\_ (SHS) |
| -v- | : | CONSENT TO PROCEED BY VIDEOCONFERENCE OR |
| _____, | : | TELECONFERENCE_____ |
| Defendant. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

\_\_\_\_   Initial Appearance/Appointment of Counsel

\_\_\_\_   Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_\_   Preliminary Hearing on Felony Complaint

\_\_\_\_   Bail/Revocation/Detention Hearing

\_\_\_\_   Status and/or Scheduling Conference

\_\_\_\_   Misdemeanor Plea/Trial/Sentence


_____   _____
Defendant's Signature (Judge may obtain   Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant


_____   _____
Print Defendant's Name   Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

_____   _____
Date   Sidney H. Stein, U.S.D.J.