UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,  20-Cr. 634 (SHS)

-v-  CONSENT TO PROCEED BY
VIDEOCONFERENCE OR
EMMANUEL BARRIENTOS  TELECONFERENCE

Defendant.

----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Defendant _Emmanuel Barrientos_ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

    Initial Appearance/Appointment of Counsel

    Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

    Preliminary Hearing on Felony Complaint

    Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

    Misdemeanor Plea/Trial/Sentence

_____  _____
Defendant's Signature (Judge may obtain  Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant

Emmanuel Barrientos  Jon M Silveri
Print Defendant's Name  Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

Dated: New York, New York
       March 25, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.