LAW OFFICE OF JON M. SILVERI
P.O. BOX 551
POUGHQUAG, N.Y. 12570
845-222-8393

**MEMO ENDORSED**

June 15th, 2021

Honorable Sidney H. Stein
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

RE: USA V EMMANUEL BARRIENTOS, 20 CR. 634 (SHS)

Judge Stein,

At our last conference where we set the trial date in this matter I indicated to the Court that I had certain medical issues which were being evaluated. I have been diagnosed as having Prostate Cancer and an Aneurysm of the Aorta.

Last week treatment by radiation was ordered for the Prostate Cancer. This will prevent me from going to trial on the scheduled date of August 9th, 2021 if we do not reach a resolution.

I respectfully request that the trial if needed be rescheduled. The radiation therapy ends on or about September 30th, 2021 at which point I should know how I am doing so that we may reschedule the trial if necessary.

My client has a general idea of my situation however I plan on seeing him in the next week to give him details.

I have notified the prosecutor of my situation by phone.

Respectfully yours,

*Jon M. Silveri, Esquire*
Jon M. Silveri, Esq.

c.c.: By EFC A.U.S.A. David Robles

---

Handwritten endorsement:

6/16/2021

Trial set for August 9 is adjourned sine die. The Court will hold a status conference by Zoom on July 22 at 11 A.M. if the matter has not been resolved by then.

So ordered.

/s/ SHS
U.S.D.J.