UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-634 (SHS) |
| -v- | : | ORDER |
| EMMANUEL BARRIENTOS, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A status conference having been held today by videoconference, with defendant and counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. There will be a status conference on September 30, 2021, at 2:30 p.m. in Courtroom 23A;

2. The proposed jury charges, proposed voir dire, and any motions in limine, are due by January 4, 2022;

3. Responses to any motions in limine are due by January 11, 2022;

4. The trial of this matter is scheduled for January 18, 2022, at 9:30 a.m.; and

5. The time is excluded from calculation under the Speedy Trial Act from today until September 30, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       July 22, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.