UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,    :    20-Cr-634 (SHS)

    -v-    :    ORDER

EMMANUEL BARRIENTOS,    :

    Defendant.    :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    1.    The status conference scheduled for September 30 is adjourned to November 4, 2021, at 2:30 p.m.; and

    2.    The time is excluded from calculation under the Speedy Trial Act from today until November 4, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       September 23, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.