UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-634 (SHS) |
| -against- | : | |
| | | ORDER |
| EMMANUEL BARRIENTOS, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

      At the request of defendant in a letter to the Court dated December 6, 2021 [ECF Doc. No. 26],

      IT IS HEREBY ORDERED that retained attorney Jon M. Silveri is relieved, and the CJA attorney on duty today, Patricia A. Pileggi, is appointed to represent the defendant pursuant to the Criminal Justice Act.

Dated: New York, New York
       December 13, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.