UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        20-Cr-634 (SHS)

                    -v-                       :        ORDER

EMMANUEL BARRIENTOS,                          :

                    Defendant.                :

--------------------------------------------------------------------x


SIDNEY H. STEIN, U.S. District Judge.

        IT IS HEREBY ORDERED that the Clerk's Office is directed to remove document no.
33 from ECF in this matter.


Dated:  New York, New York
        April 19, 2022


                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.