UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :        20-Cr-634 (SHS)

          -v-                                        :        ORDER

EMMANUEL BARRIENTOS,                          :

          Defendant.                              :

-------------------------------------------------------------------X


SIDNEY H. STEIN, U.S. District Judge.

      The conference regarding the violation of supervised release will be held on Tuesday, May 21, 2024, at 1:00 p.m.


Dated:  New York, New York
        May 2, 2024

                            SO ORDERED:

                            Sidney H. Stein, U.S.D.J.