UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        20-Cr-634 (SHS)

            -v-                          :        ORDER

EMMANUEL BARRIENTOS,                     :

            Defendant.                   :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The conference regarding the violation of supervised release is adjourned until Friday, June 21, at 2:00 p.m.

Dated: New York, New York
       June 17, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.