UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA, : 20-Cr-634 (SHS)

        -v-  : ORDER

EMMANUEL BARRIENTOS, :

        Defendant. :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A conference having been held today regarding defendant's violation of supervised release and the parties having reached an agreement as to the conditions of defendant's release,

    IT IS HEREBY ORDERED that the defendant is released on the following conditions:

1. The defendant shall continue taking all his medication;

2. The defendant shall participate in a mental health treatment program. An appointment with a mental health counselor has been scheduled for Monday, June 14, 2024;

3. The defendant shall be monitored by the probation department in the form of location monitoring indicated below and shall abide by all technology requirements as set forth by the probation department;

4. The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the probation officer;

5. The defendant shall reside with his mother;

6. Travel is restricted to the Southern and Eastern Districts of New York; and

7. All previously set conditions shall remain as set.

Dated: New York, New York
       June 21, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.