UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        20-Cr-634 (SHS)

          -v-                            :        ORDER

EMMANUEL BARRIENTOS,                      :

          Defendant.                     :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        IT IS HEREBY ORDERED that the violation proceeding is rescheduled to December 30, 2025, at 10:00 a.m.

Dated:  New York, New York
        December 22, 2025

                              SO ORDERED

                              SIDNEY H. STEIN
                              U.S.D.J.